**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CH2M HILL CONSTRUCTORS, INC,

    Plaintiff,

    v.

BOARD OF TRUSTEES OF CALIFORNIA
STATE UNIVERSITY,

    Defendant.

_____/

No. C 06-03991 JSW

**ORDER SETTING BRIEFING
SCHEDULE AND HEARING ON
APPLICATION FOR
TEMPORARY RESTRAINING
ORDER**

This matter comes before the Court upon consideration of the application for a

temporary restraining order filed by Plaintiff CH2M Hill Constructors, Inc.

Defendant is HEREBY ORDERED to e-file its response to Plaintiff's application by no

later than 4:00 p.m. on Wednesday, June 28, 2006, and shall hand deliver a copy of its response

to the Court's chambers by no later than 4:30 p.m. on that date.

Plaintiff may file and serve a reply brief not to exceed ten (10) pages by no later than

10:00 a.m. on June 29, 2006, and shall cause a copy of that brief to be hand-delivered to the

Court's chambers by no later than 10:30 a.m. on that date.

The Court FURTHER ORDERS that this matter shall be set for a hearing on Friday,

June 30, 2006 at 11:00 a.m., but reserves the right to vacate the hearing if, after considering the

parties papers it determines that a hearing is not warranted.

Plaintiff is FURTHER ORDERED to serve a copy of this Order on Defendant by 12:30

**United States District Court**

For the Northern District of California

1  p.m. on June 28, 2006, and to file proof of such service with the Court.

2  **IT IS SO ORDERED.**

3  Dated: June 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2